September 15, 2006

Mr. Michael C. Crowley
Potts & Reilly, L.L.P.
401 West 15th Street, Suite 850
Austin, TX 78701

Ms. Nancy K. Juren
Office of Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
Ms. Margaret A. Wilson
Potts & Reilly, L.L.P.
1514 West 31st Street
Austin, TX 78703

Ms. Joyce Wein Iliya
Assistant Attorney General/Consumer Division
1412 Main Street, Suite 810
Dallas, TX 75202

RE: Case Number: 06-0789
 Court of Appeals Number:
 Trial Court Number: DV-03-12307-L

Style: INTERNATIONAL ASSOCIATION FOR COLON HYDROTHERAPY
 v.
 STATE OF TEXAS

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed corrected order
in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jim |
| |Hamlin |